AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

DAVID WEBB
DOB:
PDID:

(Name and Address of Defendant)

**FILED**
FEB 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: 06 - 77 - M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 25, 2006 to February 19, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title __18__ United States Code, Section(s) __2252__.

I further state that I am __INVESTIGATOR JOHN REGAN__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
INVESTIGATOR ~~TOMMY MILLER~~ JOHN REGAN
CRIMINAL INVESTIGATOR
U.S. ATTORNEY'S OFFICE

Sworn to before me and subscribed in my presence,

FEB 2 3 2006                      at    Washington, D.C.
Date                                         City and State
ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer            Signature of Judicial Officer