AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA

V.

MAR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Webb

## WARRANT FOR ARREST

CASE NUMBER: 2006R00227

06 - 77 - M - 01

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____David Webb_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

on or about January 25, 2006 to February 19, 2006, knowingly transporting or shipping in interstate or foreign commerce by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title __18__, United States Code, Section(s) __§ 2252__.

ALAN KAY

U.S. MAGISTRATE JUDGE

Name of Issuing Officer

ALAN KAY

U.S. MAGISTRATE JUDGE

Title of Issuing Officer

FEB 2 8 2006    District of Columbia

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 2-23-06 | NAME AND TITLE OF ARRESTING OFFICER Sean McLeod SDUSM | SIGNATURE OF ARRESTING OFFICER Sean McLeod |
| DATE OF ARREST 3-14-06 | | |